This court does not require the same technical formality and precision in pleadings, in proceedings before justices of the peace, as in this court; but will determine on them, when brought up, by *certiorari*, according to the right of the case.

PICKET *against* WEAVER, *qui tam*, &c.

ON *certiorari*, from a justice's court.

*Weaver* sued *Picket*, before the justice, as well for the overseers of the poor of the town of *Pharsalia*, as for himself, and declared against *Picket*, that he did, on the 18th *January*, 1809, in the house of *Daniel Picket*, in the said town, *sell to Daniel Kinney, and receive pay for one-half pint of whiskey*, which was there drank in that house, then occupied by the defendant, without having such license, or entering into such recognisance as is required by the act of 7th *April*, 1807. The defendant pleaded not guilty. On the trial, the plaintiff proved the sale of the whiskey, as stated, the payment, and the drinking in the house. The justice gave judgment for the plaintiff for 25 dollars.

*Per Curiam.* The declaration sufficiently charges the defendant below, with selling spirituous liquors, by retail, without license; and the proof supported the charge. We have never required the same technical formality and precision in pleadings, before a justice, as in this court. The pleadings are to be conducted by the parties themselves, without the aid of an attorney; and the court on a review, by *certiorari*, is to determine upon the right of the case. The judgment below ought to be affirmed.

Judgment affirmed.